# United States District Court
## For The Western District of North Carolina
## Statesville Division

FILED
STATESVILLE, N.C.

AUG 1 9 2005

U.S. DISTRICT COURT
W. DIST. OF NC

MICHAEL W. ROGERS AND
REBA L. ROGERS,

        Plaintiff(s),

vs.

UNITRIM AUTO AND HOME INSURANCE
COMPANY d/b/a KEMPER AUTO AND
HOME, AMERICAN MANUFCTURERS
MUTUAL INSURANCE COMPANY AND
LUMBERMANS MUTUAL CASUALTY,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:04CV41

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2005, Order.

August 19, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk